**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JANE DOE, L.S.,** *a pseudonym*,<br><br>Plaintiff,<br><br>*v.*<br><br>**CITY OF PHILADELPHIA**, et al.,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 23-0342-KSM** |

## <u>ORDER</u>

**AND NOW** this 21st day of June, 2023, upon consideration of Plaintiff's Motion for Leave to Proceed under a Pseudonym (Doc. No. 4), Defendant's statement of non-opposition (Doc. No. 17), and Plaintiff's supplemental letter brief to the Court, it is **ORDERED** that the motion is **GRANTED**, and Plaintiff may proceed under a pseudonym.

**IT IS FURTHER ORDERED** that all parties in the above-captioned matter shall maintain the anonymity of Plaintiff, Jane Doe L.S., through the use of this pseudonym in all filings, including the redaction of all filings, exhibits, and documents containing her full name. **IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**