IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.,** *a pseudonym*,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PHILADELPHIA**, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 23-0342-KSM |

## ORDER

**AND NOW** this 15th day of August, 2023, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (Doc. No. 13), Plaintiff's opposition brief (Doc. No. 16), Defendant's reply brief (Doc. No. 18), Plaintiff's surreply brief (Doc. No. 19), and the arguments made by counsel at oral argument on August 1, 2023, it is **ORDERED** as follows:

1. The motion is **DENIED.**

2. Defendant shall **ANSWER** the Amended Complaint by **August 29, 2023.**

3. The parties shall file a **JOINT STATUS REPORT** proposing case management deadlines by **September 5, 2023.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.