IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.,** *a pseudonym*,<br><br>  Plaintiff,<br><br>  v.<br><br>**CITY OF PHILADELPHIA**, *et al.*,<br><br>  Defendants. | CIVIL ACTION<br><br>NO. 23-0342-KSM |

### ORDER

**AND NOW**, this 29th day of April, 2025, upon consideration of the parties' joint status report (Doc. No. 42) and finding good cause for continuing a limited stay of the case management deadlines in this action, it is **ORDERED** that discovery in this case remains **STAYED**, with the exception of discovery related to the Doe Defendants' identities and the production of *Monell* materials.

**IT IS FURTHER ORDERED** that the parties shall notify the Court within **three days** of the completion of Defendant Donald Suchinsky's sentencing in the related criminal matter. **IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**