IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.**, *a pseudonym*,<br><br>　Plaintiff,<br><br>　*v.*<br><br>**CITY OF PHILADELPHIA**, *et al.*,<br><br>　Defendants. | **CIVIL ACTION**<br><br>**NO. 23-0342-KSM** |

## ORDER

**AND NOW** this 28th day of July, 2025, it is **ORDERED** that an in-person **STATUS CONFERENCE** in this matter is scheduled for **July 30, 2025 at 1:30 p.m.**, in Courtroom 16B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/*Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.