IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.,** *a pseudonym*, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PHILADELPHIA**, *et al.*, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 23-0342-KSM** |

## ORDER

**AND NOW**, this 30th day of July, 2025, upon consideration of the July 22, 2025 letter from an unidentified sender, which suggests Defendant Donald J. Suchinsky may wish to enter an appearance in this action (Doc. No. 55), it is **ORDERED** that counsel for Defendant City of Philadelphia shall forward a copy of the letter and this Order to the attorney(s) who represented Defendant Suchinsky in the related criminal matter for their assistance: (1) forwarding a copy of the letter and this Order to Suchinsky, who the Court understands is currently incarcerated, (2) identifying who authored the letter on Suchinsky's behalf, and (3) determining whether Suchinsky wishes to enter an appearance in this action either through counsel or on his own behalf.[1]

**IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**

---

[1] The Court recognizes that state criminal counsel has not been retained by Suchinsky in this civil action but nevertheless requests their assistance facilitating communication with Suchinsky given the unique posture of the proceedings.