# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.,** *a pseudonym*, | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **NO. 23-0342-KSM** |
| **CITY OF PHILADELPHIA**, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 13th day of August, 2025, it is **ORDERED** that the Clerk's Office shall note the following address for Defendant Detective Donald Suchinsky:

> Donald Jeffrey Suchinsky
> ID Number QR1745
> SCI Camp Hill
> 2500 Lisburn Road
> Camp Hill, PA 17011

**IT IS FURTHER ORDERED** that the Clerk's Office shall mail copies of Doc. Nos. 49, 51, 55, and 58 to Suchinsky at the above address. To the extent future mail is sent by the Court to Suchinsky, it should be directed to the above address.

**IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**