# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.**, *a pseudonym*, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 23-0342-KSM** |
| **CITY OF PHILADELPHIA**, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW** this 9th day of September, 2025, upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint Solely for the Substitution of Defendant, Johns Supervisor Number 5 (Doc. No. 60), to which no opposition was filed, it is **ORDERED** that the motion is **GRANTED**.[1]  Plaintiff shall file the proposed Second Amended Complaint as a separate entry on the docket by **September 12, 2025.**

---

[1] *See* E.D. Pa. Local R. 7.1(c) ("In the absence of a timely response, the motion may be granted as uncontested" except in circumstances not present here).

**IT IS FURTHER ORDERED** that the parties' Stipulation to Substitute Parties and Amend Case Caption (Doc. No. 53) is **APPROVED.**  The Clerk of Court shall **AMEND** the case caption to reflect the following:

| | |
|---|---|
| **JANE DOE, L.S., a pseudonym,**<br><br>                            Plaintiff,<br>    v.<br><br>**CITY OF PHILADELPHIA;**<br>**LIEUTENANT WALT BELL;**<br>**SERGEANT BOB KUHLMEIER;**<br>**SERGEANT MICHAEL CORBETT;**<br>**SERGEANT FRANK HAYES;**<br>**LIEUTENANT DANIEL BROOKS;**<br>**DETECTIVE DONALD SUCHINSKY;**<br>**DETECTIVE DERRICK VENSON; and**<br>**DETECTIVE LAURA HAMMOND.**<br><br>                       Defendants. | **CASE NO.: 2:23-cv-00342-KSM**<br><br>**JURY TRIAL DEMANDED**<br><br>Assigned Judge:<br>Honorable Karen S. Marston |

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.