**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JANE DOE, L.S.,** *a pseudonym*,<br><br>    Plaintiff,<br><br>    *v.*<br><br>**CITY OF PHILADELPHIA**, *et al.*,<br><br>    Defendants. | **CIVIL ACTION**<br><br><br>**NO. 23-0342-KSM** |

**ORDER**

**AND NOW** this 6th day of October, 2025, upon consideration of Plaintiff's Motion for Default Judgment against Defendant Donald Suchinsky (Doc. No. 66), it is **ORDERED** that a hearing to show cause why judgment should not be entered and to assess damages is scheduled for **October 15, 2025 at 2:00 p.m.** via Zoom.[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order and Plaintiff's motion (Doc. No. 66) to Defendant Donald Suchinsky – QR1745 at SCI Dallas. **IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**

---

[1] Although Defendant City of Philadelphia previously stated that it would oppose the motion for default judgment, no opposition was filed. Accordingly, counsel for the City may, but is not required to, attend the hearing.