# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.,** *a pseudonym*,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PHILADELPHIA**, *et al.*,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 23-0342-KSM** |

## ORDER

**AND NOW**, this 10th day of December, 2025, upon consideration of Plaintiff's Motion to Compel Outstanding Discovery Requests (Doc. No. 77) and Motion to Strike Insufficient Responses to Requests for Admission and/or Compel Documents (Doc. No. 78), it is **ORDERED** that a **STATUS CONFERENCE** is scheduled for **December 15, 2025 at 1:00 p.m. in Courtroom 16B.**

**IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**