IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.,** *a pseudonym*,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PHILADELPHIA**, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 23-0342-KSM |

## ORDER

**AND NOW**, this 6th day of January, 2026, non-party, former-City Controller Rebecca Rhynhart having moved to quash or limit Plaintiff's subpoena ad testificandum (Doc. No. 82), it is **ORDERED** as follows:

1. Plaintiff shall file her response, if any, to Rhynhart's motion by **January 9, 2026.**

2. Oral argument on the motion shall take place immediately following the status conference currently scheduled for **January 14, 2026 at 11:00 a.m. in Courtroom 16B** of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.