IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.**, *a pseudonym*,<br><br>   Plaintiff,<br><br>   *v.*<br><br>**CITY OF PHILADELPHIA**, *et al.*,<br><br>   Defendants. | CIVIL ACTION<br><br>NO. 23-0342-KSM |

## ORDER

**AND NOW** this 14th day of January, 2026, following a status conference with the parties, the Court finds as follows:

1. Upon consideration of Plaintiff's request to amend the parties' joint deposition schedule, which the Court interprets as an oral motion, it is **ORDERED** that the motion is **GRANTED.** The parties shall work with the Special Discovery Master, once appointed, to set new deposition dates.

2. Upon consideration of Plaintiff's request that the City produce the investigatory file for the Employee Relations Unit's investigation into Detective Laura Hammond's 2023 internal complaint, which the Court interprets as an oral motion to compel compliance with paragraph 8 of this Court's December 18, 2025 Order (Doc. No. 81), it is **ORDERED** that the motion is **GRANTED.** The City shall provide Plaintiff's counsel and the Court with an update on its ability to produce the investigatory file by close of business today, **January 14, 2026.**

3. Plaintiff shall submit a letter outlining the remaining deficiencies in the City's production by close of business today, **January 14, 2026.** The City shall submit its response by close of business **January 15, 2026.**

4.     The parties shall propose **three** individuals for the Court to consider to serve as Special Discovery Master in this case by **January 15, 2026.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.