IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.**, *a pseudonym*, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PHILADELPHIA**, *et al.*, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 23-0342-KSM** |

## ORDER

**AND NOW** this 14th day of January, 2026, it is **ORDERED** that an in-person **STATUS CONFERENCE** in this matter is scheduled for **January 20, 2026 at 11:00 a.m. in Courtroom 16B**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

**IT IS FURTHER ORDERED** that in addition to current counsel for the City, Chief Deputy City Solicitor Danielle Walsh shall attend the conference on the City's behalf.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.