IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.**, *a pseudonym*,<br><br>    Plaintiff,<br><br>    v.<br><br>**CITY OF PHILADELPHIA**, *et al.*,<br><br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 23-0342-KSM** |

## ORDER

**AND NOW** this 26th day of January, 2026, upon consideration of Plaintiff's January 14, 2026 letter outlining discovery deficiencies and Defendant City of Philadelphia's January 15, 2026 letter in opposition, and following a status conference with the parties, it is **ORDERED** that the City shall submit supplemental responses to the outstanding discovery discussed in Plaintiff's letter and at the status conference by **February 23, 2026.**

**IT IS FURTHER ORDERED** that an in person status conference is scheduled for **February 2, 2026 at 11:00 a.m. in Courtroom 16B.** The parties should come prepared to discuss the scope of outstanding discovery, the deposition schedule for this case, and the need to amend the Court's case management deadlines.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.