IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, L.S.**, *a pseudonym*,<br><br>　　Plaintiff,<br><br>　　v.<br><br>**CITY OF PHILADELPHIA**, *et al.*,<br><br>　　Defendants. | **CIVIL ACTION**<br><br>**NO. 23-0342-KSM** |

## ORDER

**AND NOW** this 29th day of January, 2026, it is **ORDERED** that the in-person status conference previously scheduled for February 2, 2026 at 11:00 a.m. (Doc. No. 92) is **RESCHEDULED** for February 2, 2026 at 11:30 a.m. in Courtroom 16B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/*Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.