IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JANE DOE                              :         CIVIL ACTION
                                      :
                                      :
                                      :
           v.                         :
                                      :
CITY OF PHILADELPHIA et al            :         NO. 23-cv-00342


## MOTION AND ORDER


AND NOW, this 4th day of June 2026, the Court having received a letter request from all parties to cancel the settlement conference, it is ORDERED that the request is treated as a motion, and upon consideration the motion is GRANTED.



                                      BY THE COURT:



                                      _/s/ Carol Sandra Moore Wells_____
                                      CAROL SANDRA MOORE WELLS
                                      UNITED STATES MAGISTRATE JUDGE